```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 14800
   MARILYN J PHILLIPS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7163

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/10/2006 and was confirmed 01/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 10/07/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
 WELLS FARGO BANK         CURRENT MORTG         .00              .00            .00
 WELLS FARGO BANK         MORTGAGE ARRE         .00              .00            .00
 OAK TRUST CREDIT UNION   SECURED VEHIC         .00              .00            .00
 FIRST NORTHERN CREDIT UN SECURED            7165.62             .00         7165.62
 ROBERT J ADAMS & ASSOC   PRIORITY         NOT FILED             .00            .00
 ABN AMRO MORTGAGE GROUP  NOTICE ONLY      NOT FILED             .00            .00
 FISHER & SHAPIRO         NOTICE ONLY      NOT FILED             .00            .00
 LINCOLNWAY MANAGEMENT    NOTICE ONLY      NOT FILED             .00            .00
 NICOR GAS                NOTICE ONLY      NOT FILED             .00            .00
 GREENFIELD COMMUNITY ASS SECURED             730.00             .00          730.00
 FIRST NORTHERN CREDIT UN NOTICE ONLY      NOT FILED             .00            .00
 ROBERT J ADAMS & ASSOC   REIMBURSEMENT       306.33             .00          306.33
 RECOVERY MANAGEMENT SYST UNSECURED            724.93            .00          724.93
 RECOVERY MANAGEMENT SYST UNSECURED            824.23            .00          824.23
 ILLINOIS DEPT OF REVENUE PRIORITY              .00              .00            .00
 ROBERT J ADAMS & ASSOC   DEBTOR ATTY       2,500.00                         2,500.00
 TOM VAUGHN               TRUSTEE                                              937.46
 DEBTOR REFUND            REFUND                                               775.06

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
 TRUSTEE                 13,963.63

 PRIORITY                                             306.33
 SECURED                                            7,895.62
 UNSECURED                                          1,549.16
 ADMINISTRATIVE                                     2,500.00
 TRUSTEE COMPENSATION                                 937.46
 DEBTOR REFUND                                        775.06
                        ---------------      ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 14800 MARILYN J PHILLIPS
```

```
TOTALS                                  13,963.63           13,963.63
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
         CASE NO. 06 B 14800 MARILYN J PHILLIPS
```